UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CEDRIC BISHOP, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

              Plaintiffs,

              v.

YORKBRIDGE WEALTH PARTNERS, LLC,

              Defendant.

------------------------------------- x

No.: 1:22-cv-10009

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, YORKBRIDGE WEALTH PARTNERS, LLC, without prejudice and without fees and costs.

Dated: New York, New York
        March 29, 2023

                                                **GOTTLIEB & ASSOCIATES**

                                                _/s/Michael A. LaBollita, Esq._

                                      Michael A. LaBollita, Esq., (ML-9985)
                                                  150 East 18th Street, Suite PHR
                                                             New York, NY 10003
                                                                Phone: (212) 228-9795
                                                                    Fax: (212) 982-6284
                                                              Michael@Gottlieb.legal

                                                               _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge